UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURA B. LYONS and ELAINE RUTH LEE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　Defendant. | Case No. CV10 5166 CW<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION FOR AN ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE AND THE HEARING ON THE MOTION TO DISMISS THE COMPLAINT TO COINCIDE WITH EACH OTHER**<br><br>Date:　March 23, 2011<br>Time:　2:00 p.m.<br>Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilkin<br><br>Complaint Filed: November 15, 2010 |

1  Based on the stipulation of the parties, and good cause appearing, the Court
2  reschedules the Case Management Conference, previously set for March 22, 2011, and the hearing
3  on Defendant's Motion to Dismiss the Complaint, previously set for March 24, 2011, to coincide
4  with each other on March 31, 2011 at 2:00 p.m.

6  IT IS SO ORDERED.

8  Dated:  2/22/2011

HON. CLAUDIA WILKEN
UNITES STATES DISTRICT COURT JUDGE