1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    SHANNON Z. PETERSEN, Cal. Bar No. 211426
3     spetersen@sheppardmullin.com
    MOLLY R. NEWLAND, Cal. Bar No. 244928
4     mnewland@sheppardmullin.com
    501 West Broadway, 19th Floor
5   San Diego, California  92101-3598
    Telephone:    619-338-6500
6   Facsimile:    619-234-3815

7   BURKE, WARREN, MACKAY & SERRITELLA, P.C.
    LEANN PEDERSEN POPE (Admitted *Pro Hac Vice)*
8     lpope@burkelaw.com
    VICTORIA COLLADO (Admitted *Pro Hac Vice*)
9     vcollado@burkelaw.com
    ANDREW LEMAR (Admitted *Pro Hac Vice*)
10    alemar@burkelaw.com
    330 North Wabash, 22nd Floor
11  Chicago, Illinois  60611
    Telephone:    312-840-7000
12  Facsimile:    312-840-7047

13  Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A.

14

15              UNITED STATES DISTRICT COURT

16      NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

17

| | |
|---|---|
| 18  LAURA B. LYONS and ELAINE RUTH LEE, individually and on behalf of all others similarly situated, | Case No. CV10 5166 CW |
| 19 | **CLASS ACTION** |
| 20                     Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE STATEMENT OF RECENT AUTHORITY REGARDING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS |
| 21       v. | |
| 22  JPMORGAN CHASE BANK, N.A., | |
| 23                     Defendant. | Judge: Hon. Claudia Wilkin |
| 24 | Complaint Filed:  November 15, 2010 Trial Date:  Not set |
| 25 | |

26

27

28

W02-WEST:5MON1\403614036.1
CV10 5166 CW

[~~PROPOSED~~] ORDER GRANTING MOTION FOR
LEAVE TO FILE STATEMENT OF RECENT
AUTHORITY REGARDING CHASE'S MOTION TO
DISMISS

1    Having duly considered Defendant JPMorgan Chase Bank, N.A.'s ("Chase's")

2  Motion for Leave to File a Statement of Recent Authority regarding its Motion to Dismiss,

3  and good cause appearing therefore, this Court hereby GRANTS Chase's Motion,

4  permitting Chase to file its Statement of Recent Authority.

5

6  **IT IS SO ORDERED**

7

8

   Dated: _____**June 20**_____, 2011

9

10

11  _____

                    CLAUDIA WILKEN
12               UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

W02-WEST:5MON1\403614036.1

CV10 5166 CW

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE STATEMENT OF RECENT
AUTHORITY REGARDING CHASE'S MOTION TO
DISMISS