**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
Chumahan Bowen (SBN 268136)
cbowen@law111.com
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Tel.: (818) 961-2000; Fax: (818) 936-0232

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (*pro hac vice* application pending)
lweiss@bwgfirm.com
626 RXR Plaza
Uniondale, NY 11556
Tel.: (516) 222-2900
Fax: (516) 977-0263

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
bronsonlaw@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel.: (510) 531-4529
Fax: (510) 531-4377

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and the putative Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| LAURA B. LYONS and ELAIN RUTH LEE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | CASE NO.  4:10-cv-05166-CW <br><br> [*Assigned to the Hon. Claudia Wilken*] <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br><br> Complaint filed:  November 15, 2010 <br> Trial date:      Not set yet |

1

**STIPULATION**

2  WHEREFORE, on August 16, 2011, Defendant  JPMorgan Chase Bank, N.A. ("Defendant")

3  filed its motion to dismiss Plaintiffs' First Amended Complaint;

4  WHEREFORE, pursuant to the Court's Order Granting Defendant's Motion to Dismiss (Dkt.

5  No. 43), Plaintiffs opposition is due fourteen days after Defendant filed its motion to dismiss and

6  Defendant's reply is due seven days after Plaintiffs file their opposition;

7  WHEREFORE, counsel for each of the parties have conferred and agreed to allow one another

8  additional time to file their opposition and reply, respectively, in light of both the complexity of the

9  issues raised in Defendant's Motion and counsel's competing obligations and deadlines in other

10  litigation; and

11  WHEREFORE, Plaintiffs and Defendant have agreed, with the Court's permission, to

12  modify the briefing schedule on Defendant's Motion to Dismiss.

13  IT IS THEREFORE STIPULATED by and among Plaintiffs and Defendant that, with the Court's

14  permission, Plaintiffs' Opposition to Defendant's Motion to Dismiss, previously due on August 30,

15  2011, shall now be due on **September 13, 2011**; and Defendant's Reply to Plaintiffs' Opposition,

16  previously due on September 6, 2011, shall now be due on **September 27, 2011**.

17  IT IS SO STIPULATED:

18  DATED: August 22, 2011                    Respectfully submitted,

19

20                                          **ARBOGAST & BERNS LLP**

21  By:  _/s/ David M. Arbogast_
                                            David M. Arbogast (SBN 167571)
22                                          darbogast@law111.com
                                            Jeffrey K. Berns, Esq. (SBN 131351)
23                                          jberns@law111.com
                                            Chumahan Bowen (SBN 268136)
24                                          cbowen@law111.com
                                            6303 Owensmouth Ave., 10th Floor
25                                          Woodland Hills, CA 91367-2263
                                            Tel.:  (818) 961-2000; Fax:  (818) 936-0232
26

27

28

1    Michael J. Quirk (admitted *pro hac vice*)
     Mquirk@wcblegal.com
2    **WILLIAMS CUKER BEREZOFSKY, LLC**
     1515 Market Street, Suite 1300
3    Philadelphia, PA 19102
     Phone:  (215) 557-0099
4    Fax:      (215) 557-0673

5    *Attorneys for Plaintiffs*

6
     DATED:  August 22, 2011        **BURKE, WARREN, MCKAY & SERRITELLA, P.C**
7
                                    By:   */s/ Victoria R. Collado*
8                                   LeAnn Pedersen Pope (admitted *pro hac vice*)
                                    Victoria R. Collado (admitted *pro hac vice*)
9                                   Andrew Lemar (admittted *pro hac vice*)
                                    330 North Wabash Avenue, 22nd Floor
10                                  Chicago, Illinois 60611- 3607
                                    Phone: (312) 840 7000
11                                  Fax: (312) 840 7900

12                                  *Attorneys for Defendant*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation re Modification of Briefing Schedule on Defendant's Motion to Dismiss - 4:10-cv-05166-CW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| LAURA B. LYONS and ELAIN RUTH LEE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                 Defendant. | CASE NO.  4:10-cv-05166-CW<br><br>*[Assigned to the Hon. Claudia Wilken]*<br><br>[~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br><br>Complaint filed:  November 15, 2010<br>Trial date:      Not set yet |

## ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1.     Plaintiffs' Opposition to Defendant JPMorgan Chase Bank, N.A.'s motion to dismiss Plaintiffs' First Amended Complaint, previously due on August 30, 2011, shall now be due on September 13, 2011; and

2.     Defendant's Reply to Plaintiffs' Opposition previously due on September 6, 2011, shall now be due on September 27, 2011.

**IT IS SO ORDERED**

Dated: <u>  **August 23**  </u>, 2011

                                HON. CLAUDIA WILKEN<br>                                UNITED STATES DISTRICT COURT JUDGE

Stipulation re Modification of Briefing Schedule on Defendant's Motion to Dismiss - 4:10-cv-05166-CW